IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TOBY HOWARD )
)
v. ) No. 3-09-0665
)
TENNESSEE DEPARTMENT OF )
CORRECTION; GEORGE LITTLE; )
RICKY BELL; GOVERNOR PHIL )
BREDESON; INNOCENTES SATOR, )
M.D.; TARA BURNETT, R.N.; )
JEFF CALOGNE, R.N.; CATHY )
BENEDICT; and FCM-MTC MEDICAL, )
LLC[1] )

O R D E R

On September 20, 2010, the defendants filed a motion for summary judgment (Docket Entry No. 42).

In accord with the orders entered January 20, 2010 (Docket Entry Nos. 30-31), the plaintiff shall have until October 12, 2010, to file a response to the motion. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by October 26, 2010, if the response is filed on October 12, 2010.

No other filings in support of or in opposition to the defendants' pending motion for summary judgment shall be made except with the express permission of the Honorable Todd J. Campbell, Chief Judge.

The Clerk is directed to forward the file in this case to Chief Judge Campbell for his consideration of the defendants' motion for summary judgment and accompanying filings (Docket Entry Nos. 42-44), the response to be filed by October 12, 2010, and any reply, if necessary, to be filed no later than October 26, 2010.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered July 29, 2009 (Docket Entry No. 10), the plaintiff's claims against the Tennessee Department of Correction, Governor Bredesen, Commissioner Little, and Warden Bell were dismissed.