IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TOBY HOWARD )
)
v. ) NO. 3:09-0665
) JUDGE CAMPBELL
TENNESSEE DEPARTMENT OF )
CORRECTIONS, et al. )

ORDER

Pending before the Court is Plaintiff's Second Motion for an Extension of Time to Respond to Defendants' Motion for Summary Judgment (Docket No. 48). The Motion is referred to the Magistrate Judge for decision in connection with Plaintiff's pending Motion to Set a Case Management Conference and to Modify the Case Management Order (Docket No. 49).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE