IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TOBY HOWARD )
)
v. ) No. 3-09-0665
)
INNOCENTES SATOR, M.D.;[1] TARA )
BURNETT, R.N.; JEFF CALOGNE, )
R.N.; CATHY BENEDICT; and )
FCM-MTC MEDICAL, LLC[2] )

O R D E R

Pursuant to the order entered November 19, 2010 (Docket Entry No. 54), counsel for the parties called the Court on January 5, 2011, at which time they advised that the defendants had served responses to the plaintiff's discovery requests and that there is no impediment to the plaintiff's filing a response to the defendants' motion for summary judgment (Docket Entry No. 48), by the January 14, 2011, deadline, as provided in the November 29, 2010, order.[3]

Counsel may schedule any proceedings, whether in court or telephonically, if issues arise that the parties want the Magistrate Judge to address prior to the July 12, 2011, trial.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] It appears that the correct spelling of defendant Sator's first name is Inocentes. See Docket Entry No. 42-1.

[2] By order entered July 29, 2009 (Docket Entry No. 10), the plaintiff's claims against the Tennessee Department of Correction, Governor Bredesen, Commissioner Little, and Warden Bell were dismissed.

[3] That order also provided that any reply, if necessary, shall be filed within 14 days of the filing of the plaintiff's response or by January 28, 2011, if the response is filed on January 14, 2011.